UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jose Fernandez

Defendant.

No. CR 13mj 70821 HRL

**ORDER - CJA CONTRIBUTIONS DUE**

FILED
JUL 29 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. §3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 200.00 PER MONTH, until the case is concluded *if not in custody* or until further order of the Court, commencing:

[✓] That certain date of 8/16/13 and the SAME DAY each month thereafter;

[X] MAIL TO:   Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ] MAIL TO:   Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 7/29/13

_____
Howard R. Lloyd, U.S. Magistrate Judge